**UNITED STATES of America v. Arthur BIBO.**

No. 3805.

United States Court of Appeals
Tenth Circuit.

June 9, 1950.

A. Devitt Vanech, Assistant Attorney General, and John F. Cotter, Fred W. Smith and Roger P. Marquis, Attorneys, Department of Justice, all of Washington, D. C., and Everett M. Grantham, United States Attorney, and Maurice Sanchez, Assistant United |States Attorney, Albuquerque, N. M., for appellant.

Seth & Montgomery, Santa Fe, N. M., for appellee.

Before BRATTON, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of District Court vacated and cause remanded May 9, 1950, with directions to dismiss the cause of action, pursuant to a stipulation of the parties.

**Martin VOORHEES, Appellant, v. UNITED STATES of America.**

No. 14125.

United States Court of Appeals
Eighth Circuit.

May 2, 1950.

Appeal from the United States District Court for the Eastern District of Missouri. for appellant.

Drake E. Watson, United States Attorney, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

**C. E. WALKER v. H. W. SKINNER (D. W. Skinner, Administrator CTA substituted) and D. W. Skinner.**

No. 4098.

United States Court of Appeals
Tenth Circuit.

June 9, 1950.

Hal M. Black and John B. Bryant, Wichita, Kan., for appellant.

Collins, Williams, Hughes & Martin, Wichita, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed June 1, 1950, on motion of appellee, for failure to prosecute.

**WATSON BROS. TRANSPORTATION CO., Inc., v. LOS ANGELES–ALBUQUERQUE EXPRESS, Inc., et al.**

No. 4046.

United States Court of Appeals
Tenth Circuit.

June 9, 1950.

Joseph H. McGroarty, Omaha, Neb., for appellant.

Truman A. Stockton, Jr., and John H. Lewis, Denver, Colo., and Gilbert & Gilbert, Santa Fe, N. M., for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed June 1, 1950, for failure to prosecute.